### (October 19, 1976)

■ In the Matter of JOHN D. ECKART et al., Respondents, v THEODORE O. HULSE et al., Constituting the Town Board of the Town of Southampton, et al., Appellants.—In a proceeding pursuant to CPLR article 78 to compel the appellants to place a certain proposition on the ballot for the general election to be held on November 2, 1976, the appeal is from a judgment of the Supreme Court, Suffolk County, dated October 7, 1976, which, *inter alia,* directed the town board to call a special election on November 2, 1976 for the purpose of voting on the proposition. Judgment affirmed, without costs

or disbursements. Special Term properly determined that the proposition should be submitted to the electorate on November 2, 1976. Hopkins, Acting P. J., Damiani, Rabin, Shapiro and Hawkins, JJ., concur.